UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONETTE JEWELRY COMPANY, Plaintiff, | : | |
| | : | C.A. No. 2006-183-T |
| v. | : | |
| MARJORIE ELEY, Defendant. | : | |

**STIPULATION**

The Parties agree that the Defendant, Marjorie Eley, may have an additional twenty days, to and including June 5, 2006, to file her Answers to Plaintiff's complaint.

Plaintiff, by Its Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel: 401.331.6600
Fax: 401.274.2780

Date: 5/11/06

Defendant, by her Attorneys,

Dawn F. Oliveri

Dawn F. Oliveri (#4716)
Joseph F. Dugan (#1388)
160 Plainfield Street
Providence, RI 02909
Tel. 401.942.0033
Fax: 401.633.6870

Date: May 12, 2006

ENTER:

Ernest C. Torres

The Honorable Ernest C. Torres
United States Chief District Judge

Date: 5/25/06