UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONETTE JEWELRY COMPANY,
Plaintiff,

v.

C.A. No. 2006-183-T

MARJORIE ELEY,
Defendant.

STIPULATION OF DISMISSAL

Pursuant to a settlement agreement by the parties to this matter, the above-entitled action is hereby dismissed, with prejudice, no interest, no costs, no fees, to any party.

Plaintiff, by Its Attorney,

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn (#3344)
56 Pine Street Suite 200
Providence, RI 02903
Tel: 401.331.6600
Fax: 401.274.2780

Defendant, by her Attorney,

/s/ Dawn F. Oliveri

Dawn F. Oliveri (#4716)
160 Plainfield Street
Providence, RI 02909
Tel. 401.942.0033
Fax: 401.633.6870

ENTER:

______________________________
The Honorable Ernest C. Torres
U.S. Chief District Judge

Date: ___________